# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**FOSTER W. GULLEY,**
    **Plaintiff,**

**vs.**                                         **CASE NO.: 3:06cv23/RV/MD**

**JUDGE FRANK BELL,**
    **Defendant.**

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 20, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

This cause is dismissed with prejudice because the defendant is immune from suit.

DONE AND ORDERED this 1st day of February, 2006.

                                                                         /s/ *Roger Vinson*
                                                                      **ROGER VINSON**
                                                                      **SENIOR UNITED STATES DISTRICT JUDGE**